CO-386-online
10/03

# United States District Court
# For the District of Columbia

FIBULA MUCHEVHERAT SAN. TIC. A.S.

        vs    Plaintiff

FIBULA GLOBAL LLC, IRAKLIS KARABASSIS, and MUSTAFA POYRAZ

        Defendant

Civil Action No. _____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __FIBULA MUCHEVHERAT SAN. TIC. A.S.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[Signature]_
Signature

D.C. Bar No. 430469
BAR IDENTIFICATION NO.

Lawrence S. Sher
Print Name

Reed Smith LLP, 1301 K St NW, Ste 1100-E
Address

Washington, DC 20005
City    State    Zip Code

(202) 414-9200
Phone Number