AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FIBULA MUCHEVHERAT SAN. TIC. A.S.

**SUMMONS IN A CIVIL CASE**

V.

FIBULA GLOBAL LLC,
IRAKLIS KARABASSIS, and
MUSTAFA POYRAZ

CASE: Case: 1:08-cv-01205
Assigned To : Leon, Richard J.
Assign. Date : 7/15/2008
Description: General Civil

TO: (Name and address of Defendant)

FIBULA GLOBAL LLC
3236 Prospect Street, NW
Washington, DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence S. Sher, Esq.
Reed Smith LLP
1301 K Street NW
Suite 1100 - East Tower
Washington, DC 20005
(202) 414-9200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

JUL 15 2008
DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/15/08 |
| NAME OF SERVER (PRINT)<br>Luke F. McCabe | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 3236-3238 Prospect Street, NW Washington, DC 20007 upon an agent of Fibula Global, LLC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-18-08
            Date

Signature of Server

1301 K St., NW, Washington, DC 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 7/15/08 |
| NAME OF SERVER (PRINT) Lawrence S. Sher | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Transmitted on 7/15/08 via electronic mail, with courtesy copy sent on 7/17/08 via overnight mail, to Thomas Luz, an authorized agent who agreed to accept service for Defendants.

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7.18.08
             Date

Signature of Server

1301 K Street, N.W., Washington, DC. 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.