AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

FIBULA MUCHEVHERAT SAN. TIC. A.S.

**SUMMONS IN A CIVIL CASE**

V.

FIBULA GLOBAL LLC,
IRAKLIS KARABASSIS, and
MUSTAFA POYRAZ

CAS

Case: 1:08-cv-01205
Assigned To : Leon, Richard J.
Assign. Date : 7/15/2008
Description: General Civil

TO: (Name and address of Defendant)

IRAKLIS KARABASSIS
4774 Dexter Street, NW
Washington, DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence S. Sher, Esq.
Reed Smith LLP
1301 K Street NW
Suite 1100 - East Tower
Washington, DC 20005
(202) 414-9200

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 15 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 7/15/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lawrence S. Sher | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Transmitted on 7/15/08 via electronic mail, with courtesy copy__
__sent on 7/17/08 via overnight mail, to Thomas Luz, an authorized agent who__
__agreed to accept service for Defendants.__

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7·18·08___    _____
　　　　　　　　Date　　　　　　　　Signature of Server

　　　　　　1301 K Street, N.W., Washington, DC. 20005
　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.