AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

FIBULA MUCHEVHERAT SAN. TIC. A.S. )
        Plaintiff(s) )   **APPEARANCE**
        )
        vs. )   CASE NUMBER   1:08-cv-1205
FIBULA GLOBAL LLC, )
IRAKLIS KARABASSIS, MUSTAFA POYRAZ )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Andrew C. Bernasconi__ as counsel in this
               (Attorney's Name)

case for: __FIBULA MUCHEVHERAT SAN. TIC. A.S__
             (Name of party or parties)

7/18/08
Date

*(signature)*
Signature

Andrew C. Bernasconi
Print Name

D.C. Bar No. 484614
BAR IDENTIFICATION

Reed Smith LLP, 1301 K St NW Ste 1100
Address

Washington, DC 20005
City    State    Zip Code

202-414-9200
Phone Number