## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIBULA MUCHEVHERAT AN. TIC. A.S.,<br>Nuruosmaniye Cad. Turbedar sok.<br>No: 4-6 Eminonu<br>Istanbul, Turkey, | ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| FIBULA GLOBAL LLC,<br>3236 Prospect Street, NW<br>Washington, DC  20007, | ) Civil Action No. 1:08-CV-01205-RJL.<br> ) <br> ) <br> ) <br> ) |
| IRAKLIS KARABASSIS,<br>4774 Dexter Street, NW<br>Washington, DC, | ) <br> ) <br> ) <br> ) |
| MUSTAFA POYRAZ,<br>850 N. Randolph Street<br>Arlington, VA  22203, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## DEFENDANTS' MOTION FOR EXTENSION
## TO RESPOND TO PLAINTIFF'S MOTION FOR WRIT OF REPLEVIN

Defendants, Fibula Global LLC, Iraklis Karabassis and Mustafa Poyraz, by counsel, respectfully request that the date for filing Defendant's Opposition to Plaintiff's Motion for Write of Replevin, be extended until Friday, August 1, 2008.  Defendants' counsel makes this request as it was only retained by Defendants in this matter on Friday, July 25, 2008. (See McHugh Decl. ¶ 2).[1]  Defendants' counsel was unaware of Plaintiff's Motion for Writ of

---

[1] Defendants are replacing their former counsel Mr. T. Luz with Thelen. See McHugh Decl. Attachment A.  In a conversation with Mr. Luz today, Mr. Luz informed Defendants counsel that he accepted service of the Motion "last week", i.e., the week of July 21, 2008, and that he had been informed by the Court's clerk that the response to the Motion was due the same time as the answer to Plaintiff's complaint, August 4, 2008.

Replevin until a conversation with Plaintiff's counsel at approximately 4:00 p.m. today (*Id.* ¶ 2). In addition, one of the Defendant's, Mr. Iraklis Karabassis, is currently on vacation in Greece and as such counsel for Defendants is having difficulty obtaining instructions from him. Finally, this extension will not cause Plaintiff any prejudice. The property at issue in this dispute – jewelry – is located in a safe, as it has been for some time – and is secure.

### Local Rule 7.1(m) Certificate

Pursuant to Local Rule 7.1(m) counsel for Defendants telephoned Plaintiff's counsel today, July 28, 2008 (See McHugh Decl. ¶ 2). The purpose of the call was to, in part, seek a time extension for the filing of a response to Plaintiff's complaint in this matter (*Id.* ¶ 3). Mr. Sher indicated that he would speak to his client in this regard, but did not envisage an issue in extending this time until August 18, 2008, as requested (*Id.*). Mr. Sher, then, however, stated neither he nor his client would agree to extend the time for responding to Plaintiff's Motion for Writ of Replevin, which he stated was due this week (*Id.*). Upon being so informed I made it known to Mr. Sher that I was unaware of this Motion (*Id.*). Mr. Sher would still not agree to a time extension.

Wherefore, Defendants respectfully request an extension to Friday, August 1, 2008 for the filing of Defendants' Opposition to Plaintiff's Motion for Writ of Replevin.

Dated: July 28, 2008

By:_____
Ronan J. McHugh (DC Bar No. 468231)
Akin Alcitepe (DC Bar No. 481389)
Thelen Reid Brown Raysman & Steiner LLC
701 Eighth Street, N.W., Suite 800
Washington, D.C. 20001
202-508-4000

*Counsel for Defendants*

DC #468307 V2

## CERTIFICATE OF SERVICE

On July 28, 2008, I caused the foregoing to be delivered via electronic mail to the

following:

> Lawrence S. Sher
> Andrew C. Bernasconi
> Reed Smith LLP
> 1301 K Street, NW
> Suite 1100, East Tower
> Washington, DC 20005
>
> *Counsel for Plaintiff*

Ronan J. McHugh

3

DC #468307 V2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIBULA MUCHEVHERAT AN. TIC. A.S.,<br>Nuruosmaniye Cad. Turbedar sok.<br>No: 4-6 Eminonu<br>Istanbul, Turkey,<br><br>                     Plaintiff,<br><br>        v.<br><br>FIBULA GLOBAL LLC,<br>3236 Prospect Street, NW<br>Washington, DC 20007,<br><br>IRAKLIS KARABASSIS,<br>4774 Dexter Street, NW<br>Washington, DC,<br><br>MUSTAFA POYRAZ,<br>850 N. Randolph Street<br>Arlington, VA 22203,<br><br>                     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08-CV-01205-RJL.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF RONAN J. MCHUGH**

Ronan J. McHugh, being duly sworn, deposes and says as follows:

1.    I am over the age of eighteen and submit this declaration in support of

Defendants', Fibula Global LLC, Mr. Iraklis Karabassis and Mr. Mustafa Poyraz, motion for an

extension of time to respond to Plaintiff's Motion for Writ of Replevin.

2.    I am a partner with the law firm of Thelen Reid Brown Raysman & Steiner LLC

("Thelen") in Washington, D.C. On the afternoon of Friday, July 25, 2008, Thelen was engaged

in this matter by Defendants. Defendants retained Thelen as we are based in Washington, D.C.,

unlike Defendants former counsel, Mr. Thomas Luz, who is in New York. At the time of being

engaged I was aware that Plaintiff had issued a Complaint against Defendants in this Court. But

I was not aware that Plaintiff had also filed a Motion for Writ of Replevin. I only became aware

of this Motion on July 28, 2008 during a telephone call I placed with Mr. Lawrence Sher,

counsel for Plaintiff at about 4:00 p.m.

3.      The purpose of the call was to, in part, seek a time extension for the filing of a

response to Plaintiff's complaint in this matter Mr. Sher indicated that he would speak to his

client in this regard, but did not envisage an issue in extending this time until August 18, 2008,

as requested. Mr. Sher, then, however, stated neither he nor his client would agree to extend the

time for responding to Plaintiff's Motion for Writ of Replevin, which he stated was due this

week. Upon being so informed I made it known to Mr. Sher that I was unaware of this Motion.

Mr. Sher would still not agree to a time extension.

4.      After speaking with Mr. Sher, I obtained the telephone number for, and called,

Defendants' former counsel, Mr. Luz. He informed me that he accepted service of the Motion

"last week", i.e., the week of July 21, 2008, and that he had been informed by the Court's clerk

that the response to the Motion was due the same time as the answer to Plaintiff's complaint,

August 4, 2008. Further, he later sent me an email that he has sent to Mr. Sher, advising the

latter, that his clients had retained Washington D.C. counsel (Attachment A).

5.      Further, since July 25, 2008, I have been trying to contact Mr. Karabassis without

success regarding this matter. I learned that he is currently on vacation in Greece.

I declare under penalty of perjury that the foregoing is true and correct. Executed in

Washington, D.C. on 28 July 2008.

Ronan J. McHugh

2

ATTACHMENT A

## McHugh, Ronan

om: Thomas J. Luz

Sent: Monday, July 28, 2008 2:47 PM

To: 'Sher, Lawrence S.'

Cc: Barbaros M. Karaahmetoglu Esq.

Subject: Fibula


Hi, Larry,


My clients have decided to retain Washington counsel in

this matter. As soon as I have the new attorneys' information I will

pass it along to you.


Regards,


Tom