# United States District Court
# For the District of Columbia

FIBULA MUCHEVHERAT SAN. TIC. A.S.
   Plaintiff(s)   )
           ) **APPEARANCE**
           )
    vs.     ) CASE NUMBER  1:08-CV-1205
FIBULA GLOBAL LLC,   )
IRAKLIS KARABASSIS, MUSTAFA POYRAZ )
   Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Ronan J. McHugh  as counsel in this
          (Attorney's Name)

case for: FIBULA GLOBAL LLC, IRAKLIS KARABASSIS, MUSTAFA POYRAZ
       (Name of party or parties)

7/29/08
Date

*(signature)*
Signature

Ronan J. McHugh
Print Name

D.C. Bar No. 468231
BAR IDENTIFICATION

Thelen Reid Brown Raysman & Steiner 701 Eighth Street, NW
Address

Washington   DC   20001
City  State  Zip Code

202-508-4125
Phone Number