IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIBULA MUCHEVHERAT SAN. TIC. A.S., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FIBULA GLOBAL LLC, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <u>1:08-cv-1205</u> |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR EXTENSION TO
RESPOND TO PLAINTIFF'S MOTION FOR WRIT OF REPLEVIN**

     Plaintiff Fibula Muchevherat San. Tic. A.S. ("Fibula Turkey" or "Plaintiff"), through undersigned counsel, hereby responds to Defendants' Motion for Extension to Respond to Plaintiff's Motion for Writ of Replevin ("Motion for Extension"). In support of this Response to the Motion for Extension, Plaintiff Fibula Turkey states as follows:

     1.    Plaintiff Fibula Turkey filed a Motion for Writ of Replevin, along with a Complaint and supporting exhibits, on July 15, 2008.

     2.    On the same day, July 15, 2008, Plaintiff served Defendant Fibula Global LLC by hand with the Complaint, the Motion for Writ of Replevin, and all supporting documents. Furthermore, Plaintiff served the Complaint, Motion for Writ of Replevin, and all supporting documents, on Mr. Thomas J. Luz, Esq., an attorney and authorized agent of all Defendants, who agreed to accept service of the documents on behalf of all Defendants. Mr. Luz is an attorney who represents that he is a member of the bar of this Court. Therefore, Mr. Luz should have been aware and apprised of the deadline for filing a response to Plaintiff's Motion.

3. The Motion for Writ of Replevin, filed pursuant to Fed. R. Civ. P. 64 and D.C. Code § 3701 *et seq.*, seeks the return of valuable jewelry that Plaintiff manufactured and owns, and which remains within the Defendants' possession, despite Plaintiff's repeated demands for its return dating back to February, 2008.

4. The Defendants' unlawful retention of the Plaintiff's jewelry has prevented Plaintiff from selling or otherwise using the Plaintiff's jewelry, and the jewelry instead remains within the Defendants' possession and control, inaccessible to Plaintiff. Accordingly, in light of Defendants' refusal to return the Plaintiff's property, Plaintiff was forced to file a Motion for Writ of Replevin designed to provide expeditious and swift relief to parties suffering as a result of the wrongful retention of its property. Plaintiff's Motion for Writ of Replevin requested an expedited hearing on the Motion.

5. Counsel for Defendants has agreed and conceded that the Plaintiff's jewelry is within Defendants' possession, located within a safe located in Washington, D.C.

6. On July 28, 2008, undersigned counsel was contacted by Mr. Ronan McHugh, Esq., who explained that he has been retained to represent all three named defendants in this matter. During the conversation, in which Mr. McHugh requested an extension of time to respond to the Plaintiff's Complaint, Mr. McHugh stated that he had not checked the docket for this matter and was unaware that Plaintiff filed and served a Motion for Writ of Replevin along with the Complaint. During the conversation, Mr. McHugh requested an extension until August 18, 2008 to respond to the Complaint, and did not otherwise specify a different proposed deadline for responding to the Motion for Writ of Replevin.

7. In light of Defendants' and their counsel's (Mr. Luz's) acceptance and knowledge of the Motion for Writ of Replevin, which was filed and served on July 15, 2008, there is no

reason for any further delay in the consideration of the Motion for Writ of Replevin, particularly considering the significant and continuing financial damage caused to Plaintiff by Defendants' continued unlawful retention of Plaintiff's jewelry.  However, in light of the brief extension of time specified for the first time in the Motion for Extension, Plaintiff does not oppose an extension until Friday, August 1, 2008, for Defendants to respond to Plaintiff's Motion for Writ of Replevin.

8. Plaintiff renews its request for an expedited hearing on the Motion for Writ of Replevin, following Defendants' response to the Motion for Writ of Replevin, to avoid further expense and lost opportunity costs suffered by Plaintiff in the absence of its jewelry.

Date:  July 29, 2008

                Respectfully submitted,

                REED SMITH LLP

                By: /s/ *Lawrence S. Sher*
                    Lawrence S. Sher
                    D.C. Bar No. 430469
                    Andrew C. Bernasconi
                    D.C. Bar No. 484614
                    1301 K Street NW
                    Suite 1100 – East Tower
                    Washington, DC 20005
                    (202) 414-9200
                    (202) 414-9299 (fax)
                    lsher@reedsmith.com
                    abernasconi@reedsmith.com

                    *Counsel for Plaintiff Fibula Muchevherat*
                    *San. Tic. A.S.*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of July, 2008, a copy of the foregoing Plaintiff's Response to Defendants' Motion for Extension to Respond to Plaintiff's Motion for Writ of Replevin, was served via electronic mail and via U.S. first-class mail, postage prepaid, upon the following:

>Ronan J. McHugh, Esq.
>Akin Alcitepe, Esq.
>Thelen Reid Brown Raysman & Steiner LLC
>701 Eighth Street, N.W., Suite 800
>Washington, D.C. 20001
>
>/s/ *Lawrence S. Sher*