## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIBULA MUCHEVHERAT AN. TIC. A.S.,<br>Nuruosmaniye Cad. Turbedar sok.<br>No: 4-6 Eminonu<br>Istanbul, Turkey,<br><br>Plaintiff,<br><br>v.<br><br>FIBULA GLOBAL LLC,<br>3236 Prospect Street, NW<br>Washington, DC 20007,<br><br>IRAKLIS KARABASSIS,<br>4774 Dexter Street, NW<br>Washington, DC,<br><br>MUSTAFA POYRAZ,<br>850 N. Randolph Street<br>Arlington, VA 22203,<br><br>Defendants. | Civil Action No. 1:08-CV-01205-RJL |

### CONSENT ORDER

By and with the consent of the parties, Plaintiff's consent being given consistent with Plaintiff's Response to Defendant's Motion for extension filed on July 29, 2008, for good cause shown and in the discretion of the Court, IT IS HEREBY ORDERED that the time to respond to Plaintiff's Motion For Writ of Replevin, as set forth in Defendant's Motion for Extension of Time, is hereby extended through the 1st of August 2008.

It is so ORDERED

_____        _____
Date                                United States District Judge