IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIBULA MUCHEVHERAT AN. TIC. A.S.,<br>Nuruosmaniye Cad. Turbedar sok.<br>No: 4-6 Eminonu<br>Istanbul, Turkey,<br><br>        Plaintiff,<br><br>        v.<br><br>FIBULA GLOBAL LLC,<br>3236 Prospect Street, NW<br>Washington, DC 20007,<br><br>IRAKLIS KARABASSIS,<br>4774 Dexter Street, NW<br>Washington, DC,<br><br>MUSTAFA POYRAZ,<br>850 N. Randolph Street<br>Arlington, VA 22203,<br><br>        Defendants. | Civil Action No. 1:08-CV-01205-RJL. |

**CONSENT MOTION FOR EXTENSION
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, Fibula Global LLC, Iraklis Karabassis and Mustafa Poyraz, by counsel, with Plaintiff, Fibula Muchevherat An. Tic's consent, respectfully request that the date for filing Defendant's Answer to Plaintiff's Complaint be extended until Friday, August 15, 2008. This joint motion is made as Defendants' counsel was only retained by Defendants in this matter on Friday, July 25, 2008 and one of the Defendant's, Mr. Iraklis Karabassis, is currently on vacation in Greece and as such counsel for Defendants is having difficulty obtaining instructions from him. (See McHugh Decl. to Defendant's Motion for Extension to Respond to Plaintiff's Motion for Writ of Replevin, ¶ 2). This extension will not cause Plaintiff any prejudice nor will it impact

any scheduled deadlines, the Court having issued its Case Management Order this day on July 30, 2008. A propose order accompanies this Motion.

### Local Rule 7.1(m) Certificate

Pursuant to Local Rule 7.1(m) counsel for Defendants telephoned Plaintiff's counsel on July 28, 2008 (See McHugh Decl. ¶ 2). The purpose of the call was to, in part, seek a time extension for the filing of a response to Plaintiff's complaint in this matter (*Id.* ¶ 3). Plaintiff's counsel agreed to an extension of August 15, 2008 for Defendants to file their responses to Plaintiff's Complaint.

Wherefore, the Defendants respectfully request an extension to Friday, August 15, 2008 for the filing of Defendants' responses to Plaintiff's Complaint.

Dated: July 30, 2008

By: _____ /for and by permission of
Lawrence S. Sher
Andrew C. Bernasconi
Reed Smith LLP
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005

*Counsel for Plaintiff*

By: _____
Ronan J. McHugh (DC Bar No. 468231)
Akin Alcitepe (DC Bar No. 481389)
Thelen Reid Brown Raysman & Steiner LLC
701 Eighth Street, N.W., Suite 800
Washington, D.C. 20001
202-508-4000

*Counsel for Defendants*

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIBULA MUCHEVHERAT AN. TIC. A.S.,<br>Nuruosmaniye Cad. Turbedar sok.<br>No: 4-6 Eminonu<br>Istanbul, Turkey,<br><br>          Plaintiff,<br><br>    v.<br><br>FIBULA GLOBAL LLC,<br>3236 Prospect Street, NW<br>Washington, DC 20007,<br><br>IRAKLIS KARABASSIS,<br>4774 Dexter Street, NW<br>Washington, DC,<br><br>MUSTAFA POYRAZ,<br>850 N. Randolph Street<br>Arlington, VA 22203,<br><br>          Defendants. | Civil Action No. 1:08-CV-01205-RJL |

## ORDER

By and with the consent of the parties, for good cause shown and in the discretion of the Court, IT IS HEREBY ORDERED that the time to respond for Defendants' to Respond to Plaintiff's Complaint is hereby extended through the 15th of August 2008.

It is so ORDERED

_____    _____
              DATE                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

On July 30, 2008, I caused the foregoing Joint Motion for Extension to Respond to Plaintiff's Complaint to be delivered via electronic mail to the following:

Lawrence S. Sher
Andrew C. Bernasconi
Reed Smith LLP
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005

*Counsel for Plaintiff*

_____
Ronan J. McHugh