IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIBULA MUCHEVHERAT AN. TIC. A.S., <br> Nuruosmaniye Cad. Turbedar sok. <br> No: 4-6 Eminonu <br> Istanbul, Turkey, <br><br> Plaintiff, <br><br> v. <br><br> FIBULA GLOBAL LLC, <br> 3236 Prospect Street, NW <br> Washington, DC 20007, <br><br> IRAKLIS KARABASSIS, <br> 4774 Dexter Street, NW <br> Washington, DC, <br><br> MUSTAFA POYRAZ, <br> 850 N. Randolph Street <br> Arlington, VA 22203, <br><br> Defendants. | Civil Action No. 1:08-CV-01205-RJL |

## DEFENDANTS' LCVR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for Fibula Global, LLC, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fibula Global, LLC, which have any outstanding securities in the hands of the public.

NONE

These representations are made in order that Judges of this Court may determine the need for recusal.

DATED: AUGUST 1, 2008          BY: _____
                                    RONAN J. MCHUGH (DC BAR NO. 468231)
                                    AKIN ALCITEPE (DC BAR NO. 481389)
                                    THELEN REID BROWN RAYSMAN & STEINER LLC
                                    701 EIGHTH STREET, N.W., SUITE 800
                                    WASHINGTON, D.C. 20001
                                    202-508-4000
                                    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

On August 1, 2008, I caused the foregoing to be delivered via electronic mail to the following:

Lawrence S. Sher
Andrew C. Bernasconi
Reed Smith LLP
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005

*Counsel for Plaintiff*

_____
Ronan J. McHugh

2