IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIBULA MUCHEVHERAT AN. TIC. A.S.,<br>Nuruosmaniye Cad. Turbedar sok.<br>No: 4-6 Eminonu<br>Istanbul, Turkey,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIBULA GLOBAL LLC,<br>3236 Prospect Street, NW<br>Washington, DC  20007,<br><br>IRAKLIS KARABASSIS,<br>4774 Dexter Street, NW<br>Washington, DC,<br><br>MUSTAFA POYRAZ,<br>850 N. Randolph Street<br>Arlington, VA  22203,<br><br>　　　　　　Defendants. | Civil Action No. 1:08-CV-01205-RJL. |

**CONSENT MOTION FOR EXTENSION
TO RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**

　　Defendants, Fibula Global LLC, Iraklis Karabassis and Mustafa Poyraz, by counsel, with Plaintiff, Fibula Muchevherat An. Tic's consent, respectfully request that the date for filing a response to Plaintiff's Verified Complaint be extended until Friday, August 22, 2008.  Plaintiff consents to the relief requested herein as counsel need additional time to confer with parties as a result of vacation schedules. This Court previously granted an extension for Defendants to respond to Plaintiff's Verified Complaint on the parties' Consent Motion dated July 30, 2008. This extension will not cause Plaintiff any prejudice nor will it impact any scheduled deadlines. A proposed order accompanies this Motion.

## Local Rule 7.1(m) Certificate

Pursuant to Local Rule 7.1(m) counsel for Defendants telephoned Plaintiff's counsel on August 13, 2008. The purpose of the call was, in part, to seek a time extension for the filing of a response to Plaintiff's Verified Complaint in this matter. Plaintiff's counsel agreed to an extension of August 22, 2008 for Defendants to file their responses to Plaintiff's Verified Complaint.

Wherefore, the Defendants respectfully request an extension to Friday, August 22, 2008 for the filing of Defendants' responses to Plaintiff's Verified Complaint.

Dated: Aug. 13, 2008

By:/s/ Ronan J. McHugh for and by permission of
Lawrence S. Sher
Andrew C. Bernasconi
Reed Smith LLP
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005

*Counsel for Plaintiff*

By:/s/ Ronan J. McHugh
Ronan J. McHugh (DC Bar No. 468231)
Akin Alcitepe (DC Bar No. 481389)
Thelen Reid Brown Raysman & Steiner LLC
701 Eighth Street, N.W., Suite 800
Washington, D.C. 20001
202-508-4000

*Counsel for Defendants*

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIBULA MUCHEVHERAT AN. TIC. A.S.,<br>Nuruosmaniye Cad. Turbedar sok.<br>No: 4-6 Eminonu<br>Istanbul, Turkey,<br><br>    Plaintiff,<br><br>  v.<br><br>FIBULA GLOBAL LLC,<br>3236 Prospect Street, NW<br>Washington, DC 20007,<br><br>IRAKLIS KARABASSIS,<br>4774 Dexter Street, NW<br>Washington, DC,<br><br>MUSTAFA POYRAZ,<br>850 N. Randolph Street<br>Arlington, VA 22203,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08-CV-01205-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

By and with the consent of the parties, for good cause shown and in the discretion of the Court, IT IS HEREBY ORDERED that the time to respond for Defendants' to Respond to Plaintiff's Verified Complaint is hereby extended through the 22nd of August 2008.

It is so ORDERED

_____    _____
   DATE             UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

On August 13, 2008, I caused the foregoing Consent Motion for Extension to Respond to Plaintiff's Verified Complaint to be delivered via electronic mail to the following:

Lawrence S. Sher
Andrew C. Bernasconi
Reed Smith LLP
1301 K Street, NW
Suite 1100, East Tower
Washington, DC 20005

*Counsel for Plaintiff*

/s/ Ronan J. McHugh
Ronan McHugh